**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MCGIP, LLC, ) | |
| ) | CASE NO.: 1:11-cv-04488 |
| Plaintiff, ) | |
| ) | Judge: Hon. Suzanne B. Conlon |
| v. ) | |
| ) | |
| DOES 1 – 24, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendant. The remaining Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1-24 have been dismissed from this action.

[intentionally left blank]

                                        Respectfully submitted,

                                        MCGIP, LLC

**DATED:** September 26, 2011

                                        By:    /s/ John Steele
                                                  John Steele (Bar No. 6292158)
                                                  Steele Hansmeier PLLC
                                                  1111 Lincoln Road, Suite 400
                                                  Miami Beach, FL 33139
                                                  Tel: (305) 748-2102
                                                  jlsteele@wefightpiracy.com
                                                  *Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on September 26, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                   /s/ John Steele
                   JOHN STEELE