Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4488 | **DATE** | 9/29/2011 |
| **CASE TITLE** | MCGIP, LLC. vs. DOES 1-24 | | |

**DOCKET ENTRY TEXT**

Case is dismissed without prejudice pursuant to plaintiff's notice of dismissal [21].

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|

11C4488 MCGIP, LLC. vs. DOES 1-24